■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK LAPRESS, Appellant. [790 NYS2d 907]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 13, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted sodomy in the first degree and use of a child in a sexual performance (three counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.